UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD OHLARIK,<br><br>          Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:23-CV-605-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the case is DISMISSED without prejudice.

This Judgment filed and entered on April 30, 2024, and copies to:

| | |
|---|---|
| Allison Meredith O'Leary | (via CM/ECF electronic notification) |
| Cindy Marie Hurt | (via CM/ECF electronic notification) |
| Elizabeth Platt | (via CM/ECF electronic notification) |
| Haroon Anwar | (via CM/ECF electronic notification) |
| Patrick Ryan | (via CM/ECF electronic notification) |
| Shirley Ohlarik | (Sent to 24 Fox Chase Run, Branchburg, NJ 08876 via US Mail) |

April 30, 2024                               PETER A. MOORE, JR.
                                                       Clerk of Court

                                                         By: /s/ Nicole Sellers
                                                              Deputy Clerk